UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                No. 24-CR-479-LTS-3

ERIC SANTANA,

        Defendant.

-------------------------------------------------------x

        The Court is in receipt of Mr. Santana's March 14, 2025 motion to modify conditions of his pretrial release. (See docket entry no. 50.) The Government's opposition is due by March 20, 2025. Any defense reply is due by March 25, 2025.

        SO ORDERED.

Dated: New York, New York                     /s/ Laura Taylor Swain
      March 19, 2025                             LAURA TAYLOR SWAIN
                                                Chief United States District Judge