UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-　　　　　　　　　　　　　　　　　　　　　　No. 24-CR-479-LTS-3

ERIC SANTANA,

    Defendant.

-------------------------------------------------------x

## ORDER

Pending before the Court is Eric Santana's March 14, 2025, request to modify the conditions of his pretrial release to replace the current home detention condition with a 6:00 p.m. curfew. (Docket entry no. 50 (the "Request").) The Court has carefully considered the Government's opposition (docket entry no. 52), the defense reply (docket entry no. 54), and the recommendation of Mr. Santana's Pretrial Services Officer. For substantially the reasons set forth in the Request, the Defense motion is granted in part. The Court modifies the conditions of Mr. Santana's pretrial release. The home detention condition of Mr. Santana's pretrial release is replaced with a curfew to be administered according to the following schedule: absent advance approval of his Pretrial Services Officer, Mr. Santana must be in his home between the hours of 6:00 p.m. and 7:00 a.m. on weekdays and between the hours of 4:00 p.m. and 8:00 a.m. on weekends. This modification is without prejudice to any application for further modification of Mr. Santana's pretrial release conditions in the event that he secures formal employment that requires him to be outside his home during the foregoing specified curfew hours. All other

conditions of Mr. Santana's supervised release remain unchanged.  This Order resolves docket entry no. 50.

SO ORDERED.

Dated: New York, New York
       March 28, 2025

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge