UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                              No. 24-CR-479-LTS-3

ERIC SANTANA,

        Defendant.

-------------------------------------------------------x

## Order

The Court is in receipt of the Government's motion for a bail revocation hearing with respect to Eric Santana. (Docket entry no. 69.) Defense counsel is directed to submit any reply to the Government's submission by **next Thursday, July 10, 2025**. The Court will hold a hearing on July 16, 2025, immediately following the pretrial conference in this matter currently scheduled from 12:30-1:00 p.m.

      SO ORDERED.

Dated: New York, New York                         /s/ Laura Taylor Swain
       July 1, 2025                                     LAURA TAYLOR SWAIN
                                                            Chief United States District Judge