UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES

   -v-                                                            No.   24-CR-479-LTS-3

ERIC SANTANA,

        Defendant.

-------------------------------------------------------x

## SEALING ORDER

At the bail revocation hearing on July 16, 2025, the Government moved for redaction and sealing of certain portions of its motion to revoke pretrial release concerning a cooperating witness. Mr. Santana made the same request with respect to letters submitted in support of his opposition to the government's motion that contain sensitive information about Mr. Santana's minor son. The Court grants these applications for reasons of protection of personal privacy, safety, and law enforcement concerns. The redacted versions of the Government submission and letters in support are filed at docket entry nos. 69, and 77-1 and 77-2, respectively.

In order to effectuate sealing, counsel are directed to promptly bring complete, unredacted copies of the documents to the Court's Records Management Department (500 Pearl Street, Room 370) to be filed under seal, along with a copy of this Order.

       SO ORDERED.

Dated: New York, New York
        July 18, 2025

                                                        /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                        Chief United States District Judge