

December 5, 2025

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

Re: *United States v. Eric Santana*, 1:24-cr-00479-LTS

Dear Judge Swain:

On behalf of Defendant Eric Santana, we write, with the consent of the Government, to request a 60-day adjournment of the status conference currently scheduled for December 9, 2025. The requested adjournment will allow the parties to continue ongoing discussions regarding a potential resolution of this case, and takes into account the upcoming holidays. The parties will promptly notify the Court if any resolution is reached during this period. This is the fourth request for adjournment of this conference; the prior three were granted.

The Government also requests the exclusion of time through the date of the next pretrial conference, pursuant to 18 U.S.C. § 3161(h)(7)(A), on the basis that the ends of justice served by such an exclusion outweigh the best interest of the public and the defendants in a speedy trial insofar as the exclusion would allow the parties to discuss a pretrial resolution. On behalf of Mr. Santana, we consent to the exclusion of time.

cc:    AUSA Getzel Berger

Respectfully submitted,

/s/ Fern Mechlowitz

Fern Mechlowitz
Kristen M. Santillo

The foregoing request is granted.  The currently scheduled status conference is hereby adjourned to **February 25, 2026 at 2:30 p.m.**  To allow adequate time for the parties to continue ongoing discussions regarding a potential pretrial resolution, the Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through February 25, 2026, outweigh the best interests of the public and the defendant in a speedy trial. This order resolves docket entry no. 111.  The Clerk  of Court is respectfully ordered to file this memorandum order in case no. 24cr479-3.

SO ORDERED.
/s/ Laura Taylor Swain, Chief U.S.D.J.
Dated: December 8, 2025