UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES

   -v-                                                    No.    24-CR-479-LTS-3

ERIC SANTANA,

     Defendant.

--------------------------------------------------------x

<u>ORDER</u>

     A bail review hearing in this case is scheduled to proceed on **Wednesday, March 11, 2026, at 1:00 P.M.** in Courtroom 17C.

     SO ORDERED.


Dated: New York, New York
     March 6, 2026


      /s/ Laura Taylor Swain
      LAURA TAYLOR SWAIN
      Chief United States District Judge


MONTGOMERY (SANTANA - 260306 SCHEDULING ORD        MARCH 6, 2026