UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff,

-against-

ERIC SANTANA,

                    Defendant.

24-CR-479 (LAP)

ORDER

LORETTA A. PRESKA, United States District Judge:

    It is ORDERED that today's bail review hearing shall proceed before this Court in its capacity as the assigned Part 1 Judge. The bail hearing shall be held at 1:00 PM in Courtroom 12A at 500 Pearl Street.

    **SO ORDERED.**

Dated:    New York, New York
          March 11, 2026

_____
LORETTA A. PRESKA
United States District Judge