UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES

   -v-                                 No.   24-CR-479-LTS-3

ERIC SANTANA,

     Defendant.

--------------------------------------------------------x

<u>ORDER</u>

The bail review hearing in this case, originally scheduled to proceed on

Wednesday, March 11, 2026, at 1:00 P.M., is hereby adjourned <u>sine</u> <u>die</u>.

SO ORDERED.

Dated: New York, New York
       March 11, 2026

                                 /s/ Laura Taylor Swain
                                 LAURA TAYLOR SWAIN
                                 Chief United States District Judge