UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>-against-<br><br>ERIC SANTANA,<br><br>                  Defendant. | 24-CR-479 (LAP)<br><br><br>ORDER |

LORETTA A. PRESKA, United States District Judge:

The bail review hearing in this matter is adjourned <u>sine die</u>.

**SO ORDERED.**

_____
LORETTA A. PRESKA
United States District Judge

March 17, 2026