

June 26, 2026

**<u>VIA ECF</u>**
The Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

*Re: United States v. Eric Santana*, 1:24-cr-00479-LTS

Dear Judge Swain:

On behalf of Defendant Eric Santana, we write to request permission for Mr. Santana to be granted a short extension of his curfew on Friday, July 3, 2026, from his normal curfew of 6:00 p.m. until 9:00 p.m., as it is his birthday and his significant other, Tajanee Little, is planning a special event for him.

Mr. Santana is currently on pretrial supervision and is under a 6:00 p.m. curfew on weekdays. *See* ECF 55. On his birthday, Friday, July 3, 2026, Ms. Little would like to book a helicopter trip for both of them around Manhattan in the afternoon. Then, they would like to go out for dinner afterwards in downtown Manhattan. For this reason, Mr. Santana seeks a modest 3-hour extension of his curfew for this activity, and to give him time to travel home from lower Manhattan to the Bronx after dinner.

A map of the route taken by the helicopter company is attached – it departs from lower Manhattan and flies over New York Harbor and the Hudson River. While we do not believe this route would be considered to be travel outside of the Southern or Eastern Districts of New York, we are alerting the Court to the route out of an abundance of caution.

We have consulted with the Government, who defers to Pretrial Services, regarding the request, and Pretrial Services does not object.  We thank the Court for consideration of this request.

Respectfully submitted,

/s/ Fern Mechlowitz

Fern Mechlowitz
Kristen M. Santillo

cc:     AUSA Getzel Berger



The foregoing request is granted. Mr. Santana's curfew on Friday, July 3, 2026, is now 9:00 p.m. This order resolves docket entry no. 161.

SO ORDERED.
/s/ Laura Taylor Swain,
Chief U.S.D.J.
Dated: June 22, 2026