UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

-v- No. 24-CR-479-LTS-3

ERIC SANTANA,

Defendant.

-------------------------------------------------------x

ORDER

A sentencing hearing is scheduled in this matter for September 24, 2026, at 11:00 a.m. The Court has carefully considered Mr. Santana's sentencing submission (docket entry no. 169), the Government's submission (docket entry nos. 170, 171), Mr. Santana's reply (docket entry no. 172), and the Final Presentence Investigation Report dated May 22, 2026. In light of the factual arguments and objections raised in the submissions, the parties are directed to promptly meet and confer as to whether a Fatico hearing is necessary. The parties must file on the docket, by **September 23, 2026, at 3:00 p.m.**, a letter addressing whether they intend to request a Fatico hearing and, if so, the time required for such a hearing and whether adjournment of the scheduled sentencing hearing is appropriate.

SO ORDERED.

Dated: New York, New York
September 22, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge