UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

-v-

No. 24-CR-479-LTS-3

ERIC SANTANA,

Defendant.

-------------------------------------------------------x

ORDER

The sentencing hearing scheduled in this matter is hereby adjourned to **October 19, 2026, at 12:00 p.m.** Any supplemental sentencing submissions must be filed by **October 6, 2026**.

SO ORDERED.

Dated: New York, New York
September 25, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge