UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

UNITED STATES OF AMERICA

-v- No. 24-CR-479-LTS

ERIC SANTANA,

Defendant.

-----------------------------------------------------x

SEALING ORDER

At the sentencing hearing on October 19, 2026, and in their letter submissions to the court (docket entry nos. 169, 170, 177), defense counsel and the Government moved for redaction and sealing of certain portions of their sentencing submissions that contain the names and private personal information of non-party victims and sensitive medical information concerning Mr. Santana's minor son, which application the Court granted. The redacted versions of the submission and supporting exhibits are filed at docket entry nos. 169, 170, and 177.

To effectuate sealing, counsel is directed to promptly bring a complete, unredacted copy of the submissions and all supporting exhibits to the Court's Records Management Department (500 Pearl Street, Room 370) to be filed under seal, along with a copy of this Order.

SO ORDERED.

Dated: New York, New York
October 19, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge